LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 954-2380
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KENNETH D. KING, ) | No: 5:22-cv-02167 KK |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| ) | |
| v. ) | |
| ) | |
| KILOLO KIJAKAZI, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that EAJA attorney fees are awarded in the amount of SIX THOUSAND EIGHT HUNDRED AND NINE DOLLARS AND 31/100 ($6,809.31) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: July 31, 2023   _____
                        HON. KENLY KIYA KATO
                        UNITED STATES MAGISTRATE JUDGE